**<u>EXHIBIT 1:</u>** PHOTOGRAPH# 1A



**EXHIBIT 1:** PHOTOGRAPH #1B



**EXHIBIT 1:** PHOTOGRAPH# 2



**EXHIBIT 1:** PHOTOGRAPH# 3

