**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.instagram.com/emrata/?hl=en



**EXHIBIT 2:** INFRINGEMENT# 2
URL: https://www.instagram.com/emrata/?hl=en



**EXHIBIT 2:** INFRINGEMENT# 3
URL: https://www.instagram.com/emrata/?hl=en

